UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| VERSUS | CRIMINAL |
| | NO. 10-27-JWD-EWD |
| DONALD R. FRANK | |

## OPINION

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report (Doc. 173) dated February 27, 2020, to which objection was filed (Doc. 175);

**IT IS ORDERED** that that Petitioner's Motions to Vacate, Set Aside and Correct Sentence under 28 U.S.C. §2255 (Docs. 154 & 160) are DENIED WITH PREJUDICE as untimely.

**IT IS FURTHER ORDERED** that the Defendant's motion for leave of Court Motion for "Stay" is DENIED as moot (Doc. 175). The Court also construes record document 175 as an objection to the report and recommendation (Doc. 173), and the objection is OVERRULED.

Signed in Baton Rouge, Louisiana, on March 13, 2020.

_____
**JUDGE JOHN W. deGRAVELLES
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA**